UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-80009-MARRA

ERIC ROGERS,

    Plaintiff,

vs.

A & M WINGS, INC. and
ROYAL PALM BEACH SHOPPING
PLAZA & MEDICAL CENTER LIMITED,

    Defendants.

_____/

## JOINT STIPULATION TO APPROVE CONSENT DECREE AND TO DISMISS DEFENDANTS WITH PREJUDICE

Plaintiff, ERIC ROGERS ("Plaintiff") and Defendants A & M WINGS, INC. and ROYAL PALM BEACH SHOPPING PLAZA & MEDICAL CENTER LIMITED ("Defendants") (collectively, the "Parties") hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss all Defendants with Prejudice:

1.    Plaintiff filed the instant cause of action alleging that the Facility and property operated and/or owned by Defendants violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2.    The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1"

1

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Settlement. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement. *See Association for Disabled Americans v. Key Largo Bay Beach, LLC,* 407 F. Supp 2d 1321 (S.D. Fla. 2005). This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss this case with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, that this action be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Settlement, dismissing the claims asserted by Plaintiff against Defendants with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 9th day of February, 2017.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com

s/ Daniel A. Miller
Daniel A. Miller, Esq.
Fla. Bar # 91804
dam@kubickidraper.com
Attorneys for Defendant
KUBICKI DRAPER, P.A.
515 North Flagler Drive
Suite 1800
West Palm Beach, FL 33401-5049
Phone 561-640-0303
Fax 561-640-0524

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 9th day of February, 2017.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Fla. Bar # 54538
Schapiro Law Group, P.L.
Attorneys for Plaintiff
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: 561-807-7388
Fax: 561-807-7198
Schapiro@schapirolawgroup.com