UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-80009-KAM

ERIC ROGERS,

    Plaintiff,

vs.

A & M WINGS, INC. and
ROYAL PALM BEACH SHOPPING
PLAZA & MEDICAL CENTER LIMITED,

    Defendants.
_____/

### ORDER

This matter is before the Court on the parties' Joint Stipulation to Approve Consent Degree and To Dismiss Defendants with Prejudice (DE 9).

It is hereby **ORDERED AND ADJUDGED** that the Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice (DE 9) is **GRANTED**. The Court **APPROVES** the consent decree and the present action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction only to enforce the consent decree among the parties. Each party to bear their own attorney's fee and costs, except as detailed in the consent decree. All pending motions are **DENIED**

**AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of February, 2017.

_____
KENNETH A. MARRA
United States District Judge